IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LINDA SHELTON | § |
| | § |
| VS. | § CIVIL ACTION NO. 4:11-CV-264-Y |
| | § |
| MICHAEL J. ASTRUE | § |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On January 30, 2012, the United States magistrate judge issued his findings, conclusions, and recommendation ("the findings") in this case. In the findings, the magistrate judge recommended that the Court reverse and remand the decision of the commissioner of the Social Security Administration denying plaintiff Linda Shelton's claims for disability-insurance benefits and supplemental-security-income benefits under Titles II and XVI, respectively, of the Social Security Act. All parties had until February 13, 2012, to serve and file written objections to the magistrate's findings. Neither party filed objections.

After review, the Court concludes that the findings should be, and are hereby, ADOPTED as the findings and conclusions of this Court for the reasons stated therein. Accordingly, the commissioner's decision is REVERSED and REMANDED for further administrative proceedings consistent with the findings.

SIGNED March 12, 2012.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE